**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.:**

**CA 07 114** ML

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

# VERIFIED COMPLAINT

## JURISDICTION

1. This is a case of admiralty and maritime jurisdiction generally, and in particular a foreclosure action in rem against the Vessel Seeker Official No. 653988 (hereinafter "M/V Seeker"), and an in personam action against Undersea Exploration, Inc. (hereinafter "Defendant") as owner of the M/V Seeker and maker of a note secured by a preferred ship's mortgage on the M/V Seeker, for defaults arising under the terms of said note and preferred ship's mortgage, as herein after more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Venue lies within this district under 28 U.S.C. 1391, as the in personam Defendant is a Rhode Island corporation, and the M/V Seeker is located within this District.

## PARTIES

3. Plaintiff, Rhode Island Engine Co., Inc. (hereinafter "Plaintiff"), is a Rhode Island Corporation organized and existing under the Laws of the State of Rhode Island and having its principal place of business located in the Port of Galilee, Narragansett, Rhode Island. Plaintiff is in the business of marine engine repairs to vessels of all kinds and descriptions.

4. M/V Seeker O.N. 653988 is now and during the pendency of this action will be within this district and is located at a shipyard facility in Newport, Rhode Island.

5. Upon information and belief, Defendant is a Rhode Island Corporation and the owner of the M/V Seeker.

6. Upon information and belief the business address of Defendant is P.O. Box 3813, Newport, Rhode Island 02840, and the registered agent for service for said corporation is Peter Brent Regan, Esq. 130 Bellevue Avenue, Newport, Rhode Island 02840.

**FACTS**

7. In early 2006, Defendant brought the M/V Seeker to the Plaintiff's dock to perform repair work on its machinery, which the Plaintiff did to the Defendant's satisfaction.

8. Upon the completion of the requested work and upon the invoicing of Defendant for the repairs performed on the M/V Seeker, Defendant indicated that it could not pay for the work performed by Plaintiff.

9. At the time of the completion of the work Defendant indicated that it needed the use of the vessel in order to meet charter obligations that it had in order to generate sufficient cash flow to pay Plaintiff.

10. As an accommodation to Defendant, Plaintiff agreed to release the M/V Seeker to Defendant provided that the owner executed a Promissory Note and First Preferred Ship's Mortgage evidencing and securing the debt owed to Plaintiff by Defendant. Copies of said note and mortgage are attached hereto as Exhibits 1 and 2. Pursuant to the terms of the Promissory Note executed by Defendant, it was to commence payments on the outstanding balance due and owing on June 5, 2006 and every month thereafter.

11. Defendant failed to make any of the scheduled monthly payments due and owing to Plaintiff, and is and remains in default under the terms of the Note.

12. On or about June 20, 2006, Plaintiff made written demand on Defendant to cure the existing default. The required payments to cure said defaults have not been made.

13. The balance owed to Plaintiff as of March 5, 2007 pursuant to the terms of the note was $32,646.85, plus costs and attorney's fees. Interest continues to accrue at a rate of $14.37 per day. Pursuant to the terms of the note, Defendant is responsible for all costs of collection, including reasonable attorney's fees.

14. The Plaintiff wishes to seize the M/V Seeker its engine gear, equipment, furnishings, appurtenances and other necessaries therein to appertaining so that said vessel may be sold.

15. As the M/V Seeker has been hauled and stored by a third party, storage and dry dock charges have and will continue to accrue.

16. The Defendant and M/V Seeker are liable for any such storage, wharfage or dry dock charges.

WHEREFORE, Plaintiff, prays:

1. That a warrant issue for the arrest for the M/V Seeker its engine(s) gear, equipment, furnishings, appurtenances and all other necessaries therein to appertaining, and that all persons claiming any interest therein may be cited to appear and answer the matter aforesaid; and that citation according to the rules of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against Defendant, and it be cited to appear herein and to answer the allegations of this complaint, and that after due proceedings, there may be judgement herein in favor of Plaintiff and against Defendant for the full amount of Plaintiff's claim as aforesaid; that Plaintiff's Preferred Mortgage and maritime lien resulting from said mortgage be recognized as the paramount lien against said M/V Seeker and it's equipment on or off said vessel at the time of seizure; and the said M/V Seeker be condemned and sold to pay the claims and demands as aforesaid, with interest and costs, including reasonable attorney's fees, and that Plaintiff may have such other and further relief as in law and justice as it may be entitled; and that Plaintiff may become purchaser at any sale of the M/V Seeker by bidding its Note;

2. That it be declared that any and all persons, firms or corporations claiming any interest in the M/V Seeker are forever barred and foreclosed of and for all rights or equity of redemption or claim of, in and to the said mortgaged vessel and every part thereof;

3. That judgement enter against Defendant in the amount of $32,646.85, together with interest from March 5, 2007, plus costs and reasonable attorneys' fees; and

4. The Plaintiff may have such other and further relief as the Justice of the case may require.

**Plaintiff, Rhode Island Engine Co., Inc.**
**By Its Attorney**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**Everett A. Petronio, Jr., Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**

State of Rhode Island
County of Washington

**VERIFICATION**

I, Barry P. Gallup, Jr., being duly sworn, depose and say:

I. I am the President of Rhode Island Engine Co. Inc. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge except to the matters stated upon information and belief and as to those matters, I believe them to be true.

II. The sources of my information and the grounds of my belief are my personal knowledge and involvement with the negotiations and performance of the agreement for the provision of services and materials to M/V Seeker and reports made to me by employees of and the records of Rhode Island Engine Company, Inc.

Rhode Island Engine Co., Inc.

Barry P. Gallup, Jr., President

State of Rhode Island
County of Washington

Subscribed and sworn to before me in Narragansett, Rhode Island on the 26 day of March 2007.

Notary
My Commission Expires 10/03/09