**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff
**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**PLAINTIFF'S MOTION FOR THE ARREST OF THE DEFENDANT VESSEL**

Now comes Rhode Island Engine Co., Inc., Plaintiff in the above entitled matter (hereinafter "Plaintiff") and hereby moves this Honorable Court pursuant to Rule C (3) of the Supplemental Rules for Certain Admiralty and Maritime Claims for a Warrant for Arrest by the United States Marshal of the Defendant Vessel Seeker, Official No. 653988, her engines, tackle and appurtenances and equipment of every nature and description appertaining and belonging thereto. Plaintiff hereby respectfully submits the attached Memorandum of Law in Support of Plaintiff's Motion for Arrest.

**Plaintiff, Rhode Island Engine Co., Inc.**
**By Its Attorney**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Jr., Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**