**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff
**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR THE ARREST OF THE DEFENDANT VESSEL**

Now comes Plaintiff, Rhode Island Engine Co., Inc. and hereby files this memorandum in support of its Motion for Arrest of Defendant Vessel. In support of its motion, Plaintiff states the following:

1. M/V Seeker O.N. 653988 is now and during the pendency of this action will be within this district and is located at a shipyard facility in Newport, Rhode Island.

2. On March 27, 2007, Plaintiff filed a Verified Complaint against the Co-Defendants Vessel Seeker and Undersea Exploration Inc. in order to enforce Plaintiff's rights under that certain Promissory Note and Preferred Ship's Mortgage (Exhibits A & B of Plaintiff's Complaint) executed by Co-Defendant Undersea Exploration, Inc. on or about May 5, 2006 pursuant to Co-Defendant Undersea Exploration Inc.'s failure to make payments when due thereunder, all as more particularly described in Plaintiff's Verified Complaint.

3. Pursuant to 46 U.S.C. Section 31325 (b) Plaintiff, in its capacity as mortgagee, may enforce its preferred mortgage lien in a civil action in rem upon a default of any term of the preferred mortgage.

4. Rule C (3) (a) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides for the issuance of a warrant for arrest of a vessel when the Court has

reviewed the Complaint and supporting papers and the conditions for an in rem action appear to exist.

Wherefore, based on the foregoing, Plaintiff respectfully requests that its Motion for the Arrest of the Defendant Vessel Seeker by the United States Marshal be granted.

**Plaintiff, Rhode Island Engine Co., Inc.**
**By It's Attorney**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Jr., Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**