**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff
**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**WARRANT IN REM**
**FOR THE ARREST OF THE DEFENDANT VESSEL**

The President of the United States of America to the Marshal of the United States for the District of Rhode Island-Greeting.

A complaint in rem has been filed in the United States District Court for the District of Rhode Island on March 27, 2007 by Rhode Island Engine Co., Inc. (the Plaintiff) against the vessel Seeker, Official Number 653988, alleging a breach in the terms of a preferred ship's mortgage granted to Plaintiff, in which the amount demanded is $32,646.85, together with interest from March 5, 2007, plus costs and reasonable attorneys' fees for reasons and causes in the complaint mentioned, and requesting the usual process of the Court in that behalf be made. Plaintiff requests that all persons interested in the vessel, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, may be cited in general and special to answer the premises, and all proceedings being had that the vessel, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, located at Newport, Rhode Island, may for causes in the complaint mentioned, be condemned and sold to pay the demands of Plaintiff.

And the said complaint in rem having been submitted to the Court in accordance with Supplemental Rule C(3), the Honorable____________________, United States

District Court Judge, having reviewed the same and determined that the conditions for an action in rem appear to exist, and has authorized a warrant for the vessel or other property which is the subject of said complaint.

You are commanded to arrest and attach the vessel Seeker, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, and to retain the vessel, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, in your custody until further order of the Court respecting such vessel, her engines, etc.

And what you shall have done in the premises do you then and there make return thereof, together with this writ.

**Witness, the Honorable______________________**
**Judge of the Court, at the City of Providence,**
**District of Rhode Island**

**On______________**

**__________________________________**
**Clerk**

**Presented By:**

**Everett Petronio, Jr., Esq., RI Bar #4587**
**1239 Hartford Avenue**
**Johnston, RI 02919**
**401-273-8800**
**401-273-1907 (fax)**