**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff
**VS.** **C.A. No.:07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**MEMORANDUM IN SUPPORT OF MOTION TO APPOINT SUBSTITUTE CUSTODIAN**

Now comes Plaintiff, Rhode Island Engine Co., Inc. and hereby files this memorandum in support of its Motion for Order Appointing Substitute Custodian. In support of its motion, Plaintiff states the following:

1. It is contemplated that the United States Marshal will seize the defendant vessel, M/V Seeker forthwith pursuant to the warrant of arrest requested by the Plaintiff.

2. The vessel is currently stored out of the water at Loughborough Marine Interests, LLC's (hereinafter the "Substitute Custodian") place of business.

3. Pursuant to the attached Affidavit of Substitute Custodian, the proposed Substitute Custodian has the ability and facilities for the preservation, storage and safekeeping of said vessel.

4. Pursuant to the attached Affidavit of Substitute Custodian, the Substitute Custodian has adequate liability insurance or assets adequate to respond in damages for loss or injury to Defendant's vessel during said custody, or for damage sustained by third parties due to negligence of the Substitute Custodian or its employees or agents committed during said custody.

5. The requirement of a keeper on board said vessel 24 hours a day would serve no useful purpose, but would involve very substantial expense which would impair the

security of the Plaintiff and others who may have an interest in the vessel and who may intervene in these proceedings.

Wherefore, Plaintiff respectfully requests that this Honorable Court order:

1. The United States Marshal be authorized to appoint Loughborough Marine Interests, LLC as substitute custodian for said vessel;

2. That the United States Marshal direct Loughborough Marine Interests, LLC to take whatever steps are necessary to protect and preserve said vessel.

**Respectfully submitted,**
**Plaintiff, Rhode Island Engine Company, Inc.**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**