**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.:**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**AFFIDAVIT OF THE SUBSTITUTE CUSTODIAN**

Jonathan Loughborough, being duly sworn, deposes and says as follows:

1. I am Jonathan Loughborough, a member of Loughborough Marine Interests, LLC, 56 Bridge Street, Newport, Rhode Island (hereinafter "LMI"). I am familiar with Defendant's vessel "Seeker", at least to the extent of her size, type, construction material, apparent condition and believe that LMI has adequate facilities and supervision for safekeeping said vessel in place of the United States Marshal during the pendency of the suit herein and until further order of the Court, and in this regard the undersigned states that LMI will perform and/or arrange for the following service for said vessel during its custodianship:

Storage

Necessary electrical services

Inventory

Security

Other reasonable and necessary undertakings for the preservation, safekeeping and security of said vessel.

2. The charge for storage will not exceed the sum of $15.00 per foot per month, not including the costs for other reasonable and necessary undertakings for the preservation of said vessel.

3. LMI has adequate liability insurance or assets adequate to respond in damages for loss or injury to Defendant's vessel during said custody, or for damage sustained by third parties due to negligence of affiant or its employees or agents committed during said custody.

4. Further LMI has agreed to accept substitute custodianship of Defendant vessel, her engines, tackle, apparel, machinery, furniture and equipment, etc. in accordance with the Order appointing substitute custodian.

Signed under the pains and penalties of perjury on this 27th day of ~~December~~ March 2007

Loughborough Marine Interests, LLC

X [signature] Member.

By: Jonathan Loughborough, Member

State of Rhode Island
County of Newport

Then appeared before me the above-named Jonathan Loughborough known to me or shown to me to be acting in the capacity claimed and who, being duly sworn, stated that he/she read the foregoing document, that he/she was authorized to execute said document as a member of Loughborough Marine Interests, LLC and that he/she executed said document as the free act and deed of said Corporation on the 27th day of ~~December 2006.~~ March, 2007

[signature]

Everett Petronio, Jr., Esq.
Notary Public
My Commission Expires: 10/03/09