**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.:07-114 ML**

**VESSEL SEEKER,** its gear, engine(s), appurtenances, equipment and all other necessities thereof and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**PLAINTIFF'S MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Now comes the Plaintiff, Rhode Island Engine Company, Inc. in the above-entitled matter, and by and through its attorneys hereby moves this Honorable Court for an Order appointing Loughborough Marine Interests, LLC substitute custodian. Plaintiff hereby respectfully submits the attached Memorandum of Law in Support of Plaintiff's Motion for Order Appointing Substitute Custodian.

**Respectfully submitted,**
**Plaintiff, Rhode Island Engine Company, Inc.**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**

Granted.
Mary M. Lisi
USDJ
4/10/07