U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Rhode Island Engine Co., Inc. | COURT CASE NUMBER<br>07-114 |
| DEFENDANT<br>Vessel "SEEKER" and Undersea Exploration, Inc. | TYPE OF PROCESS<br>Warrant In Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vessel "SEEKER"
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
56 Bridge Street, Newport, RI 02840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Everett Petronio, Jr., Esq.
1239 Hartford Avenue
Johnston, RI 02919

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED
2007 MAY -8 A 11:
U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

THURSDAY OR FRIDAY SEIZURE DATE WOULD BE GOOD

Vessel "SEEKER" stored on drydock at Little Harbor Landing, Melville/Portsmouth, Rhode Island

CONTACT ATTY PETRONIO @ 401·273·8800 PRIOR TO SEIZURE. HE WILL MEET YOU AT VESSEL.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 401 273-8800 | 5/3/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 05/07/07 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
BOAT SEEKER

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
1 LITTLE HARBOR LANDING
PORTSMOUTH, RI

| Date | Time |
|---|---|
| 5-15-07 | 1500 ☐ am ☑ pm |

Signature of U.S. Marshal or Deputy
C.A Moore

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 315.00 | $ 72.75 | | $ 387.75 | $ 2,500.00 | $0.00 |

REMARKS:
(2 DEPUTYS) (3 ½ HRS EACH) (75 MILES X2)
Total - 2 DUSMs / 7 hrs / 150 miles
1 End.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00