**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff
**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**PLAINTIFF'S MOTION FOR ORDER OF ALTERNATIVE SERVICE AND PERMISSION TO GIVE PUBLIC NOTICE**

Now comes Rhode Island Engine Co., Inc., Plaintiff in the above-entitled matter (hereinafter "Plaintiff") and hereby moves this Honorable Court, in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and 46 U.S.C. 31325, for permission to:

a. Give public notice of this action and the arrest of the subject vessel in The Providence Journal.

b. Notify all persons known to the Plaintiff who may claim a lien or interest in the vessel "SEEKER" (Official Number 653988) of this action by Certified Mail Return Receipt Requested.

Plaintiff hereby respectfully submits the attached Memorandum in Support of Plaintiff's Motion.

**Plaintiff, Rhode Island Engine Co., Inc.**
**By Its Attorney**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Jr., Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**