**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff
**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER OF ALTERNATIVE SERVICE AND PERMISSION TO GIVE PUBLIC NOTICE**

Now comes Plaintiff, Rhode Island Engine Co., Inc. and hereby files this memorandum in support of its Motion for Order of Alternative Service and to Give Public Notice. In support of its motion, Plaintiff states the following:

1. On April 24, 2007, this Honorable Court issued a Warrant in Rem for the Arrest of the Co-Defendant Vessel "SEEKER" (Official Number 653988).

2. Co-Defendant Vessel "SEEKER" (Official Number 653988) was seized by the United States Marshall's Service pursuant to the Warrant issued by Honorable Court on or about May 15, 2007.

3. From the date of the seizure of the Co-Defendant vessel until approximately August 25, 2007, Plaintiff and Defendant engaged in negotiations to resolve the pending dispute, but said negotiations were unsuccessful.

4. On August 28, 2007 a Waiver of Service Request and a Waiver of Service Acknowledgement were forwarded to the President of Co-Defendant Undersea Exploration Inc. On September 6, 2007, Michael Jensen, in his capacity as President of Co-Defendant Undersea Exploration, Inc. executed a Waiver of Service of Summons of Plaintiff's Complaint.

5. In the 60 days from the forwarding of the Waiver of Service Request and Waiver of Service Acknowledgement, and up to the date of the filing of this

memorandum, no answer or other responsive pleading has been filed on behalf of the Defendants.

6. Pursuant to Rule C (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims "the plaintiff must promptly - or within the time that the court allows – give public notice of the action and arrest in a newspaper designated by court order and having general circulation in the district"

7. Plaintiff seeks the Court's permission to allow the advertising this action and the seizure of the Co-Defendant Vessel "SEEKER" (Official Number 653988) in The Providence Journal within ten (10) days of the granting of the Plaintiff's motion.

8. Pursuant to 46 U.S.C. 31325(d)(1), Plaintiff must provide:

"Actual notice of a civil action brought under subsection (b)(1) of this section, or to enforce a maritime lien, must be given in the manner directed by the court to –

(A) the master or individual in charge of the vessel;

(B) any person that recorded under section 31343(a) or (d) of this title an unexpired notice of a claim of an undischarged lien on the vessel; and

(C) a mortgagee of a mortgage filed or recorded under section 31321 of this title that is an undischarged mortgage on the vessel.

9. Plaintiff seeks the permission of this Honorable Court to notify all persons known to the Plaintiff who may claim a lien or interest in the vessel "SEEKER" (Official Number 653988) of this action by Certified Mail Return Receipt Requested within ten days of the granting of Plaintiff's Motion.

Wherefore, based on the foregoing, Plaintiff respectfully requests that its Motion for Order of Alternative Service and to Give Public Notice be granted.

**Plaintiff, Rhode Island Engine Co., Inc.**
**By It's Attorney**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Jr., Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**