**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s), appurtenances, equipment and all other necessities thereof and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

## ORDER

Upon consideration of the Plaintiff's Motion for Order of Alternative Service and to Give Public Notice, it is hereby

ORDERED:

1. Plaintiff shall give public notice of this action and the arrest of the vessel "SEEKER" (Official Number 653988) by the United States Marshall in The Providence Journal within ten (10) days of this Order.

2. Plaintiff shall notify all persons known to the Plaintiff who may claim a lien or interest in the vessel "SEEKER" (Official Number 653988) of this action by Certified Mail Return Receipt Requested within ten (10) days of this Order.

Dated this 16th day of November, 2007

ENTERED:
Barbara Barletta
Clerk

ORDERED:
Mary M. Lisi
United States District Judge