**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s), appurtenances, equipment and all other necessities thereof and to appertaining in rem, and **UNDERSEA EXPLORATION, INC.** in personam
Defendants

## VERIFIED STATEMENT OF INTEREST

Now comes Jeffrey P. Gonsalves and states as follows:

1. I am a licensed marine surveyor with a mailing address of 220 Smith Neck Road, South Dartmouth, MA 02748.

2. On or about November 24, 2007, I received a copy of the Verified Complaint and Notice of Arrest and Seizure from counsel for Plaintiff, Rhode Island Engine Co., Inc.

3. In May of 2006, I performed a condition and valuation survey on the In Rem Defendant Vessel Seeker at the request of the President of Undersea Exploration, Inc., owner of the subject vessel, for which I was not and have not been paid.

4. The value of the services performed totaled $600.00.

5. On or about January 22, 2007, I recorded a Notice of Lien against the subject vessel for service provided on behalf of the vessel.

6. As of the date of this Verified Statement of Interest, this claim has not been paid.

VERIFICATION

I certify under the penalty of perjury that the foregoing is true and accurate on this 28 day of November 2007.

Jeffrey Gonsalves