# CLAIM OF INTEREST AND MARITIME LIEN

NOTICE IS HEREBY GIVEN that Loughborough Marine Interests, LLC, 56 Bridge St., Newport, RI 02840 has a claim for necessaries, storage and other maritime liens on the M/V SEEKER, Official No. 653988, which was arrested by the United States Marshal for the District of Rhode Island on or about May 15, 2007.

The lien is evidenced by statements of account attached hereto and made a part hereof.

A copy of this Notice has been sent by U.S. Mail to the attorney for the plaintiff, Everett A. Petronio, Esq.

Under pains and penalties of perjury, the undersigned deposes and says that the statements of account are true and correct and that the amounts shown thereon are currently due and owing for valid maritime liens.

LOUGHBOROUGH MARINE
INTERESTS, LLC.

By ______________________
Jonathan Loughborough
Member

STATE OF RHODE ISLAND
COUNTY OF NEWPORT

In Newport on the 4th day of December, 2007, there personally appeared Jonathan Loughborough before me, being duly sworn, and made the foregoing statement under oath.

______________________
Steven M. McInnis
Notary Public
My commission expires 7/26/09

LOUGHBOROUGH MARINE INTERESTS, LLC
ADDRESS: 56 BRIDGE STREET
NEWPORT, RI 02840
TEL: 401.848.9229
FAX: 401.848.9799
WEB: WWW.LMINEWPORT.COM

# Invoice

**Bill To**

**M/V SEEKER**

| Date | Invoice # | P.O. No. | Terms |
|---|---|---|---|
| 10/25/2007 | 729 | | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Storage | 6.5 | Outside storage for MV Seeker Nov 1st 06 - May 15th '07 | 545.00 | 3,542.50 |
| Service | 7 | Maintenance, monthly boat, bilge and stand checks. | 75.00 | 525.00 |

**Please Make check payable to LMI North - 56, Bridge St, Newport, R.I. 02840.**

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Total** | $4,067.50 |
| **Balance Due** | $4,067.50 |

LOUGHBOROUGH MARINE INTERESTS, LLC
ADDRESS: 56 BRIDGE STREET
NEWPORT, RI 02840
TEL: 401.848.9229
FAX: 401.848.9799
WEB: WWW.LMINEWPORT.COM

| Bill To |
|---|
| MV SEEKER |

# Invoice

| Date | Invoice # | P.O. No. | Terms |
|---|---|---|---|
| 11/9/2006 | 526 | | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Service | 1 | Hinkley - short haul - Move Seeker out of building | 650.00 | 650.00 |
| Parts supply | | Parts supply.Hinkley- Cutlass bearings | 476.02 | 476.02 |
| Service | 1 | Alden yacht , move boat and re-block | 434.00 | 434.00 |
| Storage | 5 | Outside storage at $496 per month | 496.00 | 2,480.00 |
| | | Launch - projected costs = $1178 | | |

| | |
|---|---|
| Payments/Credits | $0.00 |
| Total | $4,040.02 |
| Balance Due | $4,040.02 |