**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND ENGINE CO., INC.**
Plaintiff

VS. C.A. NO.: 07-114

**VESSEL SEEKER**, its gear, engine(s), appurtenances, equipment and all other necessities thereof and to appertaining in rem and

AND

**UNDERSEA EXPLORATION, INC.**, in personam
Defendants

## STATEMENT OF INTEREST

1. Scott Goodwin, 44 East Street, Ipswich, MA 01938 has an interest in the Vessel Seeker with Official Number 653988.

2. On or about October 16, 2006, Michael Jensen, as President of Undersea Exploration Inc. executed a preferred mortgage on the vessel Seeker with Scott Goodwin to secured a loan in the sum of $22,344.81. That note was due on April 1, 2007.

3. I attach true and accurate copies of the note and mortgage.

4. As of April 1, 2007, the balance owed to Scott Goodwin, including interest was $23,629.63. Interest continues to accrue at $3.50 per day.

5. Scott Goodwin's preferred mortgage entitles him to benefit from the sale of the vessel and be assigned proceeds accordingly.

Submitted By,

*<u>/s/ Thomas W. Lyons</u>*
Strauss, Factor, Laing, & Lyons
Attorney for Scott Goodwin
Thomas Lyons, Esq.
222 Richmond Street, Suite 208
Providence, RI 02903
401-456-0700
R.I. Bar No. 2946

**VERIFICATION**

I, Scott Goodwin being duly sworn, depose, and say:

1. I have read the foregoing Statement of Interest and know the contents thereof. The same is true of my own knowledge.

2. The sources of my information and the grounds of my belief are my personal knowledge and involvement with mortgage and note to M/V Seeker and my records.

Scott Goodwin

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF ~~SUFFOLK~~ Essex

Subscribed and sworn before me on this 5th day of Dec, 2007.

Sharon L Hurlburt
Notary Public

My commission expires: June 13, 2008