RECEIVED

DEC 10 2007

Property of U.S. District Court
District of Rhode Island

3 December 2007

Sean McKenna
133 School Street
Salem, NH 03079

US District Court
Clerk of Court
Clerk's Office
Federal Building and Courthouse
1 Exchange Terrace
Providence, RI 02903

Reference: Rhode Island Engine Co., Inc vs The M/V "SEEKER", C.A. No. 07-114 ML

I received notice from the LAW OFFICES OF EVERETT A PETRONIO, INC., of the referenced suit on 30 November 2007. I wish to notify the Clerk that I have an existing claim against UNDERSEA EXPLORATION, INC. The claim was filed on 23 February 2007 by Attorney Brian Bardorf of the LAW OFFICES OF BARDORF & BARDORF, 36 Washington Square, Newport RI, 02840, Tel: 401-845-8900. Attached is a copy of the Notice of Lien.

Respectfully:

Sean J. McKenna

Document Type: CLAIM_OF_LIEN
Batch Number: 577276
Document ID: 6734213
User ID: SCANNER4
Filed Date/Time: 23-FEB-2007 04:20 PM

OF LIEN

DATE: February 21, 2007

NAME OF VESSEL: SEEKER

OFFICIAL NUMBER: 653988

AMOUNT OF CLAIM OF LIEN: $110,650.00 plus interests & collection costs

DATE OF LIEN: September 26, 2005

NATURE OF CLAIM OF LIEN: (Describe briefly: may be by itemized invoice numbers, dates) Loan to Purchase, Repair, Equip and Refit the Vessel SEEKER as evidenced by the attached Promissory Note, and other evidence of debt plus interest and costs,

CLAIMANT: (Name and Address)

Sean J. McKenna
133 School Street
Salem, NH 03079

[signature]
Sean J. McKenna

ACKNOWLEDGMENT

STATE OF MASSACHUSETTS COUNTY OF MIDDLESEX SS: BEDFORD

On this 21st day of February 2007, before me personally appeared before Sean J. McKenna

Individual claimant:

to me known and known to me to be person(s) described in and who executed the foregoing notice of claim of lien and he/she/they acknowledged to me that he/she/they execute the same as his/her/their free act and deed.

[signature]
Notary Public
My commission expires:
Sept. 19, 2008

Corporate claimant:

to me known, who being duly sworn, deposed and said that he is (Title)__________ of__________

__________

the corporation which is described in and which executed the foregoing notice of claim of lien; and he signed his name by order of the Board of Directors of said corporation and acknowledged the notice to be the free act and deed of said corporation.

__________
Notary Public

NOTICE OF CLAIM OF LIEN

DATE: February , 2007

NAME OF VESSEL: SEEKER

OFFICIAL NUMBER: 653988

AMOUNT OF CLAIM OF LIEN: $110,650.00 plus interests & collection costs

DATE OF LIEN: September 26, 2005

NATURE OF CLAIM OF LIEN: (Describe briefly: may be by itemized invoice numbers, dates) Loan to Purchase, Repair, Equip and Refit the Vessel SEEKER as evidenced by the attached Promissory Note, and other evidence of debt plus interest and costs,

CLAIMANT: (Name and Address)

Sean J. McKenna
133 School Street
Salem, NH 03079

Sean J. McKenna

ACKNOWLEDGMENT

STATE OF MASSACHUSETTS COUNTY OF MIDDLESEX SS: BEDFORD

On this 26 day of February 2007, before me personally appeared before Sean J. McKenna

Individual claimant:

to me known and known to me to be person(s) described in and who executed the foregoing notice of claim of lien and he/she/they acknowledged to me that he/she/they execute the same as his/her/their free act and deed.

Notary Public
My commission expires: Sept. 19, 2008

Corporate claimant:

to me known, who being duly sworn, deposed and said that he is (Title)________ of ________

the corporation which is described in and which executed the foregoing notice of claim of lien; and he signed his name by order of the Board of Directors of said corporation and acknowledged the notice to be the free act and deed of said corporation.

Notary Public

DECLARATION OF CLAIMANT
SEAN J. McKENNA

1. I, Sean J. McKenna do hereby certify that the information in this Notice is true and correct to the best of our knowledge, information, and belief.

2. A copy of this notice, as presented for recordation, has been sent to:

| | |
|---|---|
| Owner: | UNDERSEA EXPLORATION, INC.<br>130 Bellevue Avenue<br>P. O. Box 3813<br>Newport, RI 02840<br>Attn: Michael Jensen |
| Mortgagee: | Rhode Island Engine Company, Inc.<br>P. O. Box 543<br>Narragansett, RI 02883 |
| Notice of Claim of Lien: | R. Todd Smith<br>P. O. Box 105<br>Onset, MA 02558 |
| Notice of Claim of Lien: | Loughborough Marine Interests, LLC<br>56 Bridge Street<br>Newport, RI 02840 |
| Notice of Claim of Lien: | Jeffrey P. Gonsalves<br>220 Smith Neck Road<br>South Dartmouth, MA 02748 |
| Mortgagee: | Scott Goodwin<br>44 East Street<br>Ipswich, MA 01938 |

By: [signature] Date: 21 Feb 2007
Sean J. McKenna

26th September 2005

This letter is an indication and proof of money owed by Undersea Exploration, Inc. to Dr. Sean McKenna of 133 School St, Salem, NH 03079. The amount owed is 89,500 plus applicable MFCU Home Equity Line of Credit interest rates. In addition, Undersea Exploration, Inc. will owe the amount it uses on Sean McKenna's Brown University Mastercard (account # ending in 3386) in addition to applicable interest rates as per Mastercard policies and rates. As of this date, the amount owed on the above mentioned Mastercard is 10,000.

Michael Jensen
Date: 7 Oct 05

Signature:

Notary Seal and Signature:

JONATHAN RICHMOND
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MARCH 31, 2008

Sean McKenna
Date: 9 Oct 05

Signature:

Notary Seal and Signature:

My comm expires Sept. 19, 2008