**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s), appurtenances, equipment and all other necessities thereof and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**VERIFIED STATEMENT OF INTEREST**

Now comes R. Todd Smith and states as follows:

1. I am a claimant with a mailing address of 53 East Central Ave. Onset, MA 02558.

2. On or about December 3, 2007, I received a copy of the Verified Complaint and Notice of Arrest and Seizure from counsel for Plaintiff, Rhode Island Engine Co., Inc.

3. In April 2006, I contracted with and paid a total of $13,500 to Michael Jensen owner of the subject vessel. Jensen ceased operation of the company and vessel several weeks later without refunding the paid amount.

4. The total value of the claim is $13,500 plus statutory interest.

5. On or about September 1, 2006, I recorded a Notice of Lien against the subject vessel for a broken contract undertaken with the owner of the vessel.

6. As of the date of this Verified Statement of Interest, this claim has not been paid.

VERIFICATION

I certify under the penalty of perjury that the foregoing is true and accurate on this _1oth__ day of ___December__ 2007.

______________________________
/s/ of Party Submitting Claim