**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**PLAINTIFF'S MOTION FOR ORDER DIRECTING SALE OF VESSEL**

Now comes Rhode Island Engine Co., Inc., Plaintiff in the above-entitled matter (hereinafter "Plaintiff") and hereby moves this Honorable Court for an Order directing the sale of the M/V Seeker (Official Number 653988) (the "Vessel") and her engines, tackle, apparel and appurtenances, and in support thereof, states as follows:

1. In response to the Verified Complaint filed herein, an Admiralty Warrant for the arrest and seizure of the Vessel was issued by this Court, and that in pursuance thereof, the United States Marshals Service seized and took the Vessel into its custody at Portsmouth, RI on May 15, 2007, and thereafter transferred custody of the Vessel to the duly appointed substitute custodian;

2. Pursuant to the Order for Alternative Service entered on November 16, 2007 a copy of the Warrant of Arrest and of the Complaint was mailed, certified mail, to all persons known to claim an interest in or a lien upon the Vessel and that a Notice of Arrest was published in the Providence Journal on November 24, 2007, a copy of which is attached hereto as "Exhibit A" citing all persons having or claiming an interest in the Vessel to file a claim or serve and answer with the Clerk of the Court.

3. Five claimants have filed statements of interest or notice of claims with the Clerk of the Court as of the date of the filing of this Motion.

4. A prompt sale of the vessel is necessary to curtail the substitute custodian's costs and to avoid further deterioration of the Vessel.

5. WHEREFORE, Plaintiff, Rhode Island Engine Company prays that the Vessel be sold at public auction to the highest bidder by the United States Marshals Service with public notice thereof to be published in The Providence Journal a newspaper of general circulation in the City of Providence and State of Rhode Island, three times within three weeks, and that the United States Marshals Service be directed to deposit the proceeds of sale in the registry of this Court, pending the further orders of this Court.

**Plaintiff, Rhode Island Engine Co., Inc.**
**By Its Attorney**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**/s/Everett A. Petronio, Jr., Esq. #4587**
**1239 Hartford Avenue**
**P. O. Box 19040**
**Johnston, RI 02919**
**(401) 273-8800**
**(401) 273-1907 FAX**

CERTIFICATION:

I hereby certify that on January 23, 2008 a true and accurate copy of the within Motion was mailed by U.S. Mail, postage prepaid to:

Undersea Exploration, Inc.
720 Dalton Road
Dalton, NH 03598

R. Todd Smith
53 East Central Avenue
Onset MA

Loughborough Marine Interests, LLC
56 Bridge Street
Newport, MA 02840

Sean J. McKenna
133 School Street
Salem, NH 03079

Scott Goodwin
44 East Street
Ipswich, MA 01938

Jeffrey P. Gonsalves
220 Smith Neck Road
South Dartmouth, MA 02748