# projoLEGALS

*Legal notices online at projoLEGALS.com*

## LEGAL NOTICES

### MORTGAGEE'S NOTICE OF SALE OF REAL ESTATE

21 ELM STREET,
JOHNSTON, RI 02919

Will be sold at public auction on **December 10, 2007 at 9:00 AM** local time on the premises at **21 Elm Street, Johnston, RI,** said parcel to be sold by virtue of a Power of Sale contained in a certain Mortgage given to Argent Mortgage Company, LLC, made and executed by **Leo J. Levesque and Donna Levesque,** which mortgage is dated August 18, 2005, and recorded in Book 1608, Page 272 of the Land Evidence Records of the Town of Johnston, as affected by Assignment to WM Specialty Mortgage LLC, Without Recourse, recorded at 01:15 PM on October 16, 2007 in said Land Evidence Records at Book 1875, Page 31 the conditions of said mortgage having been broken, bounded and described:

That certain lot or parcel of land with all buildings and improvements thereon, situated on the northerly side of Elm Street in the Town of Johnston and State of Rhode Island, which parcel comprises the easterly twenty (20) feet in width by the entire dept of Lot No. 205 (two hundred five) and the westerly thirty (30) feet in width by the entire dept of Lot No. 204 (two hundred four) on that plat entitled, "Replat of Dyerville And Manton Village Plat of Building Lots in Johnston, R.I. Belonging To Samuel Hedly Resurveyed And Platted By R.A. Woodbury C.E. Sept 1883", which plat is recorded with the Land Evidence Records in said Town of Johnston on Plat Card 38.

For reference purpose
Property Address
21 Elm Street
Johnson, RI 02919

The premises are to be sold subject to and with the benefit of all easements, restrictions, building and zoning laws, unpaid taxes, tax titles, water bills, municipal liens and assessments, rights of tenants and parties in possession

TERMS OF SALE: A deposit of FIVE THOUSAND DOLLARS AND 00 CENTS ($5,000.00) shall be required to be paid to the mortgagee in cash, by certified or bank's cashier check at the time and place of sale. The balance of the purchase price is to be paid in cash, by certified check or by bank's cashier check in or within thirty (30) days from the date of the sale.

**TIME WILL BE OF THE ESSENCE.**

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof.

WM Specialty Mortgage LLC
Without Recourse
Present Holder of said Mortgage,
By Its Attorneys,
Orlans Moran, PLLC,
Holly L. Ceritto, Esq.
P.O. Box 962169
Boston, MA 02196
(617) 502-4100
(417 0004/Levesque)

## LEGAL NOTICES

### Mortgagee's Sale of Real Estate at Public Auctions

Mortgagee's Sales of Real Estate at Public Auctions

On the premises:
November 26, 2007
at 9:00 AM
**147 Pomona Street**
**Providence, RI**

On the premises:
November 26, 2007
at 9:00 AM
**404 Wood Street**
**Bristol, RI**

On the premises:
November 26, 2007
at 10:00 AM
**9 Christopher Street**
**Providence, RI**

On the premises:
November 27, 2007
at 9:00 AM
**224 Beverage Hill Avenue**
**Pawtucket, RI**

On the premises:
November 27, 2007
at 10:00 AM
**7 Lewis Street**
**Woonsocket, RI**

On the premises:
November 27, 2007
at 11:00 AM
**54 Metcalf Street**
**North Providence, RI**

On the premises:
November 27, 2007
at 12:00 PM
**24 a/k/a 22**
**Countryside Drive**
**North Providence, RI**

On the premises:
November 27, 2007
at 1:00 PM
**241 Fifth Street**
**East Providence, RI**

Terms of Each Sale: $5000, cash, bank or certified check to qualify as bidder. Other terms announced at time of sale.

TACHE' AUCTIONS
and SALES, INC.
MA Lic. #1625
RI Lic. #7431
NH Lic. #3077
(978) 744-5211
www.
tacheauctionsandsales.com

WOONSOCKET
EDUCATION DEPARTMENT
WOONSOCKET,
RHODE ISLAND

### REQUEST FOR BIDS FOR SALE OBSOLETE/ SURPLUS COMPUTER, AUDIO/VISUAL AND MISCELLANEOUS EDUCATIONAL EQUIPMENT

December 4, 2007
3:00 PM - 5:30 PM
Location:
Summer Street School
217 Summer Street
Woonsocket,
Rhode Island 02895
McFee Administration Building
108 High Street
Woonsocket,
Rhode Island 02895

Bidders will be able to submit sealed proposals to purchase any or all of the listed items. Lists and bid forms are available at the Business Office of the McFee Administration Building. Successful bidder will be notified after 10:00AM on Wednesday, De-

## LEGAL NOTICES

### U-STOR-IT AUCTION OF TENANTS' PROPERTY

In accordance with the provisions of the R.I. Self-Service Storage Act, NOTICE IS HEREBY GIVEN to the person herein after named and to all whom it may concern. Contents of leased units are subject to our lien for nonpayment of rent and other charges. The sale will take place at U-STOR-IT, 711 Branch Ave., Providence, RI 02904, Tel.# (401)273-7867, Dec 19, 2007 at 12:00 noon.

The name of the lessee, lease number, and charges due are as follows: Katrina Hamilton, 10335, $386; John Borges, 9984, $620; Antonio Tiodor, 1221, $610; Sara Ferriere, 10493, $375; Vernon Gibbs, 10599, $472; Michael Ford, 10433, $255; Cheryl Roberts, 10606, $353; Diane Viera, 9778, $395; R. Vincent, 10490, $355; Jerrod Williams, 9232, $363; Victor Bidokwu, 10051, $835; Miguel Ixtcotoyac Lux, 10492, $405; Kenneth Howard, 10403, $243; Mary O'Neal, Marvin Robinson, 10655, $241; Archie Johnson, 10593, $179; Jermaine Miller, 10667, $169. CHARGES CONTINUE TO ACCUMULATE to time of Auction December 19, 2007 at 12:00 noon.

### NOTICE OF ARREST AND SEIZURE

UNITED STATES
DISTRICT COURT
FOR THE DISTRICT
OF RHODE ISLAND
RHODE ISLAND
ENGINE CO., INC,
Plaintiff
Vs.
THE M/V "SEEKER"
(Official No. 653988)
Her Engines, Tackle,
Machinery, Apparel
and Appurtenances, etc.,
IN REM,
Defendant
And
UNDERSEA
EXPLORATION, INC.,
IN PERSONAM,
Defendants
C.A. No. 07-114 ML

Notice is hereby given that on May 15, 2007, the United States Marshal arrested THE M/V "SEEKER" (Official No. 653988), Her Engines, Tackle, Machinery, Apparel and Appurtenances, and all other necessaries thereunto appertaining and belonging thereto, pursuant to a Warrant of Arrest issued by the Clerk of this Court upon the filing of a Verified Complaint in the above action.

Any person having or claiming an interest in or to said vessel must file his claim with the Clerk of this Court within ten (10) days of this date, and must file his answer to the Verified Complaint herein within twenty (20) days thereafter.

RHODE ISLAND
ENGINE CO., INC.
By Its Attorneys,
LAW OFFICES OF
EVERETT A.
PETRONIO, INC.
1239 Hartford Avenue
P.O. Box 19040
Johnston, RI 02919
(401) 273-8800
(401) 273-1907 FAX

# projoCLASSIFIEDS

Yard Sale

# GRAB & GO DIRECTORY

## YOUR GUIDE TO LOCAL YARD SALES

**CRANSTON: Edgewood. Estate** Sale. Sat. 11/24; 9-3p.m. 162 Wheeler Ave. (Off Broad St.) Furniture, clothing, Christmas!

**CRANSTON: Estate sale. 63** Fourth Ave. 8am - sold out. Entire contents of estate. Move for convenience. Early birds welcome. All must go!

**JOHNSTON: 76 Allendale Ave.** Sat (only), 9-2pm. Yard sale/ moving sale. Furniture, tools, household, clothing, much more.

**LINCOLN: Fri. 11/23, Sat. 11/24,** 9 am-1 pm. Estate clean out, inside. Large accumulation. Knowles St. Off Cobble Hill Rd.

**NORTH KINGSTOWN ESTATE SALE**

110 Circle Dr. Sat/Sun 8am-3pm. Entire house. Snowblower, carport/tent, antiques, Xmas tree, decorations, tools, dishes, Adirondack chairs, jewelry, pictures and more.

**NORTH PROVIDENCE: Moving.** 19 Ivan St. Sun., 11/25, 10-3. Furniture, appliances, kitchenware, lawn tools and more.

**PAWTUCKET: St. Teresa's,** Newport Ave., Nov. 23-24. 9 a.m.-? Our annual Christmas sale. Thousands of items. Also due to the storm on Nov. 3, our flea market will be open.

**PROVIDENCE: Sat., Dec. 1.** 8-?. 832 Smith St. Households, kitchen and holiday items. Clothes, shoes and more.

**RIVERSIDE: Sat. 8-2. 74 Plum** Rd. Moving sale/yard sale. Household items, lawn furniture, gym equipment.

**WARWICK/E. Greenwich: 42** Herbert St. off Post Rd., Sunday 11/25 9-2. 60" TV, household items, etc. Moving, all must go!

**WARWICK: 26 McKinley St. (off** Buttonwoods) Sat. 11/24, 8-? Moving Sale in Garage. Household, leather recliner, etc.

## 103-Lost and Found

As a public service The Providence Journal Company will run advertisements for lost articles or pets for private parties at half price. Private parties or non-profit organizations who have found an item or animal may place a four line advertisement for four days at no charge.

**ABANDONED ANIMALS: Lots** of CATS, KITTENS, DOGS. East Greenwich. EGAPL 401-885-1158. www.egapl.org

**CAT ABANDONED: Large,** black, affectionate, domestic short-hair male. 2yrs., altered, trained. At shelter 401-822-9250

**CAT FOUND: Domestic short** hair, black/white, 2 yr. neutered male, a big love bug. Very affectionate/sweet VSA 401-822-9250

**CAT FOUND: Handsome black/** white male in need of home. Great with other cats. Lots of personality. VSA 884-0799

**CAT FOUND: 2 yr old female** Manx mix. Medium black fur. Beautiful, affectionate and very outgoing. VSA, 401-822-9250.

**CAT FOUND: 2 yr. old orange/** white, loves attention, very gentle, good with other cats, spayed. 401-821-4962.

**DOG FOUND: Black/white** boxer mix? Male. No collar. 11/18/07 in the Tidewater Dr. area of Warwick. 401-419-7376

**DOGS FOUND: Sharpee and** Rat Terrier. Warwick. 401-467-6075

**IPOD FOUND: In Cracker Barrel** parking lot, Coventry on weekend of 11/17. Call with information. 401-385-9063.

## 105 Legal Services

**BANKRUPTCY: 1 appointment** free. Debt relief agency help you file per code. Attorney Fay RI/MA. 1-800-370-0822.

**BANKRUPTCY: 1 appointment** free. Debt relief agency help you file per code. Attorney Stephen Hunter, 401-463-3355.

**BANKRUPTCY: 1 Answer.** Debt relief agency, helping file per code. www.law-ri.com Atty. John Simonian, 401-467-7998.

**BANKRUPTCY HELPLINE:** Free information/Consult, payment plans. Debt relief agency MARASCO LAW 401-421-7500.

## 303 Help Wanted

**USE CONFIDENTIAL SERVICE**

If you do not want blind ad replies to fall into certain hands, simply address your reply to the numbers in the ad attaching a list of parties you do not want your reply to reach. Place both in another envelope addressed to Customer Service, Classified Advertising Department, Providence Journal Company, 75 Fountain St., Providence, R.I. 02902. If your guess is right we'll destroy your letter.

The Providence Journal reserves the right to disclose the identify of the blind box advertiser in response to a lawful subpoena or other judicial process.

**ACCOUNTANT: Finance Con**troller needed for an air conditioning products manufacturer. Mas90 experience preferred. Send resume to: Airtec, 1244 Davol St., Fall River, MA 02720

**AEROBICS/Group Exercise** Instructors Wanted: Join a well established facilty and team, all formats needed. ACE/AFAA certifications preferred though all are welcome. Apply in person 600 Social St., Woonsocket, RI No phone calls please

**AUTOMOTIVE ASSISTANT** OFFICE MANAGER: Immediate opening. Must be proficient in all areas of Automotive Accounting. Fax resume and salary requirements to 401-633-7124.

**AUTO WARRANTY SALES/ MARKETING**

Nationwide automotive warranty corporation is seeking an aggressive, self-motivated person to market our products to quality new and used dealers in Massachusetts and Rhode Island. Starting salary with expenses. 401k and medical available. Overnight travel required. Potential annual earnings are $100,000 or more. Forward resume to: PO Box 5068, Avoca; PA 18641 Email: gwcvp@guardian-warranty.com

## 303-Help Wanted

**CLERICAL: Data Entry,** Receptionist, Bookkeeper, Customer Service, Credit, Collections, Receivables, Payables, Payroll for all areas of RI. Colony, 739-0670 or fax 738-0429.

**COLLEGE STUDENTS: Se**mester Break Work, 1-5 wk. work program, $20 base-appt., flexible, sales/service, conditions apply. All ages 17+. Call now! (8am-7pm) 401-831-1113.

**DANCERS: Could earn $2,500** week. Clubs in CT and Bachelor Parties. 1-203-334-9285.

**DENTAL HYGIENIST:** Pediatric practice in Cumberland. 3 days per week. 334-3070. Fax resume to 334-9031.

**DINING ROOM ATTENDANTS** Needed. Temporary 3/15/08 to 12/15/08. Newport Harbor Hotel and Marina, Newport, RI. 15 Openings Available. Setting tables, cleaning dirty dishes, Glassware and silverware from tables. 40 HRS per week. 11am to 7pm at $8.00 per HR. NO Experience needed, employer will train. Send Resume to: RI Dept of Labor & Training, Att: FLC Unit, 1511 Pontiac Ave Bldg 73-3, Cranston RI 02920-4407. Case #05596. JO# RI 0037896.

**DISPATCH/SUPERVISOR: Lo**cal trucking company has opening for experienced dispatcher /outbound supervisor. Send resumes, attn. Jim, PO Box 919, Slatersville, RI 02876

**DONUT FINISHER: 3 a.m.-12** noon. Full time. Apply at: Dunkin Donuts, 1288 Oaklawn Ave., Cranston, 463-9889.

**DRIVER: For fuel oil delivery.** Class B with Hazmat and Tanker Endorsements, excellent wages and benefits. Knowledge of heating service a plus. Seasonal work if desired. 521-0200.

**DRIVER: Oil Truck Driver.** Must have CDL. Excellent wages and benefits. Experience necessary. Vaughn Oil 949-1000.

# Rhode Island MONTHLY

## TRAFFIC MANAGER

Rhode Island Monthly Magazine seeks a Traffic Manager for its award winning magazine in their busy Production Department. Individual will be responsible for data entry of advertiser's orders and contracts, generating invoices for each publication, as well as billing adjustments, checking incoming electronic ad files to ensure that they conform to digital specifications and meet quality standards, daily contact with sales staff regarding contracts, insertion orders and ad materials, preparing map/imposition for all publications and working with designers, editors and sales staff to insure proper placement of both editorial and advertising, combining advertising files and editorial files, and managing proof approval process.

Successful candidates must have knowledge of Quark InDesign