**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s),
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
**UNDERSEA EXPLORATION, INC.**
in personam
Defendants

**ORDER**

Upon consideration of the Plaintiff's Motion for Order of Directing Sale of Vessel, it is hereby

**ORDERED**:

1. That the United States Marshal be and is hereby directed and empowered to sell the vessel "SEEKER" (Official Number 653988), her engines, tackle, apparel and appurtenances, at a public sale after notice of said sale being published three (3) times during three consecutive weeks in The Providence Journal, a newspaper of general circulation in the City of Providence and State of Rhode Island; and

2. That the proceeds of said sale be deposited by the United States Marshal in the Registry of this Court, pending further orders of this Court.

Dated this ___ day of January 2008

ENTERED: ORDERED:

___________________________ ___________________________
Clerk United States District Judge

Prepared by:

/s/Everett A. Petronio, Jr., Esq. #4587
LAW OFFICES OF EVERETT A. PETRONIO, INC.
1239 Hartford Avenue
P. O. Box 19040
Johnston, RI 02919
(401) 273-8800
(401) 273-1907 FAX

CERTIFICATION:

I hereby certify that on January 23, 2008 a true and accurate copy of the within Motion was mailed by U.S. Mail, postage prepaid to:

Undersea Exploration, Inc.
720 Dalton Road
Dalton, NH 03598

R. Todd Smith
53 East Central Avenue
Onset MA

Loughborough Marine Interests, LLC
56 Bridge Street
Newport, MA 02840

Sean J. McKenna
133 School Street
Salem, NH 03079

Scott Goodwin
44 East Street
Ipswich, MA 01938

Jeffrey P. Gonsalves
220 Smith Neck Road
South Dartmouth, MA 02748