**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND**
**ENGINE CO., INC.**
Plaintiff

**VS.** **C.A. No.: 07-114 ML**

**VESSEL SEEKER,** its gear, engine(s), appurtenances, equipment and all other necessities thereof and to appertaining in rem, and **UNDERSEA EXPLORATION, INC.** in personam

Defendants

**ORDER**

Upon consideration of the Plaintiff's Motion for Order of Directing Sale of Vessel, it is hereby

**ORDERED**:

1. That the United States Marshal be and is hereby directed and empowered to sell the vessel "SEEKER" (Official Number 653988), her engines, tackle, apparel and appurtenances, at a public sale after notice of said sale being published three (3) times during three consecutive weeks in The Providence Journal, a newspaper of general circulation in the City of Providence and State of Rhode Island; and

2. That the proceeds of said sale be deposited by the United States Marshal in the Registry of this Court, pending further orders of this Court.

Dated this 15th day of ~~January~~ February 2008

ENTERED:
Barbara Barletta
Clerk

ORDERED:
Mary M. Lisi
United States District Judge

Prepared by:

/s/Everett A. Petronio, Jr., Esq. #4587
LAW OFFICES OF EVERETT A. PETRONIO, INC.
1239 Hartford Avenue
P. O. Box 19040
Johnston, RI 02919
(401) 273-8800
(401) 273-1907 FAX

CERTIFICATION:

I hereby certify that on January 23, 2008 a true and accurate copy of the within Motion was mailed by U.S. Mail, postage prepaid to:

Undersea Exploration, Inc.
720 Dalton Road
Dalton, NH 03598

Sean J. McKenna
133 School Street
Salem, NH 03079

R. Todd Smith
53 East Central Avenue
Onset MA

Scott Goodwin
44 East Street
Ipswich, MA 01938

Loughborough Marine Interests, LLC
56 Bridge Street
Newport, MA 02840

Jeffrey P. Gonsalves
220 Smith Neck Road
South Dartmouth, MA 02748