UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

# UNITED STATES MARSHALS REPORT OF SALE

Rhode Island Engine Co., Inc.

vs. C.A. 07-114ML

VESSEL SEEKER, it's gear, engines,
appurtenances, equipment
and all other necessities thereof
and to appertaining in rem, and
UNDERSEA EXPLORATION, INC.
in personam

AND NOW COMES Clifton A. Moore, Jr., Deputy United States Marshal for the District of Rhode Island, and states that, pursuant to the Plaintiff's Motion for Order Directing Sale of Vessel issued on January 22, 2008 and signed by United States District Court Chief Judge Mary M. Lisi on February 15, 2008, I offered for sale at public auction at high noon, on March 2, 2008 on the premises of Loughborough Marine Interests, LLC, One Little Harbor Landing, Portsmouth, Rhode Island the above described vessel.

Pursuant to the Order, I report the following:

1. Prior to receiving any bids toward the purchase, a copy of the Notice of Auction Sale by U.S. Marshal was read aloud to the prospective bidders present;

2. There were two individuals present at the sale of which one in attendance did voice a bid towards the purchase of said vessel;

3. The sole bid was that of Rhode Island Engine Co., Inc., 1239 Hartford Avenue, Johnston, RI in the amount of Ten Thousand Dollars ($10,000.00) to protect their monetary interests in said vessel.

4. No deposit was necessary and Attorney Everett Petronio, Jr. concurred. All service of fees, expenses and commission will be deducted from the Advance Deposit for Seizure being securely held by the United States Marshal in the District of Rhode Island.

NOW WHEREAS, the Court directs that such sale be subject to confirmation, the United States Marshal awaits further Order of the Court.

Clifton A. Moore, Jr.

Clifton A. Moore, Jr.
Criminal Investigator
Deputy United States Marshal
United States Marshals Service
District of Rhode Island

4-2-08
Date