**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Rhode Island Engine Co., Inc. | COURT CASE NUMBER<br>CA07-114ML |
| DEFENDANT<br>Vessel "SEEKER" and Undersea Exploration, Inc. | TYPE OF PROCESS<br>ORDER OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Vessel 'SEEKER"
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
56 Bridge Street, Newport, RI 02840

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br><br>Everett Petronio, Jr. Esq.<br>1239 Hartford Avenue<br>Johnston, RI 02919 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Order directing Sale of Vessel issued on January 22, 2008 and signed by U.S. District Court Chief Judge Mary M. Lisi, public auction to be held on April 2, 2008 at high noon on the premises of Loughborough Marine Interests, LLC, One Little Harbor Landing, Portsmouth, RI.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>401-273-8800 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | [signature] | 04/01/08 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)*<br>Boat "Seeker" | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)*<br>1 Little Harbor Landing<br>Portsmouth, RI | Date<br>4/2/08 | Time<br>12:00 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>C.A Moore | |

| ~~Service Fee~~ Commission | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 165.00 | $30.30 | $110.00 | $305.30 | | **$0.00** |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED